**Order filed September 10, 2019**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00108-CV**

_____

**JOSE LUIS VARGAS, Appellant**

**V.**

**GRACIE ANN VARGAS, Appellee**

**On Appeal from the 257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2003-61755**

## O R D E R

Appellant's brief was due May 13, 2019. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **October 9, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Jewell, Bourliot, Zimmerer.